JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

LUIS ANTONIO ESCOBAR MARTINEZ,

           Petitioner,

           v.

MARKWAYNE MULLIN, et al,

           Respondents.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 5:26-cv-01678-DTB

**JUDGMENT**

Pursuant to the Order Granting Petition for Writ of Habeas Corpus filed herewith,

IT IS ADJUDGED as follows: (1) Respondents are to provide Petitioner with an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a), as well as 8 C.F.R. Sections 1003.19 and 1236.1, and at which the government bears the burden of proof, within seven (7) days of the date of the date of this Order; (2) Respondents are to provide the immigration judge conducting the bond hearing with a copy of this Order; and (3) Petitioner is to be released from custody within eight (8) days following the date of this Order if he has not been

provided with an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a).

IT IS FURTHER ADJUDGED that Respondents are to file a statement with the Court within one business day of the date of Petitioner's bond hearing or the date of Petitioner's release, attesting to Respondents' compliance with this Order.

DATED:  May 6, 2026

_____
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

2