## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES--GENERAL**

Case No.  **5:26-cv-01678-DTB**                              Date: **May 20, 2026**

Title:  **Luis Antonio Escobar Martinez v. Markwayne Muillin, et al**

================================================================

**DOCKET ENTRY**

================================================================

PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

Rachel Maurice                                    n/a
Deputy Clerk                                  Court Reporter

ATTORNEYS PRESENT FOR PETITIONER:          ATTORNEYS PRESENT FOR RESPONDENT:

None present                                  None present

**PROCEEDINGS: (IN CHAMBERS) ORDER REGARDING PETITIONER'S EX PARTE APPLICATION FOR EMERGENCY TEMPORARY RESTRAINING ORDER [DOCKET NO. 11]**

The Court is in receipt of Petitioner's Ex Parte Application for Emergency Temporary Restraining Order Enjoining Removal and Transfer ("Application") filed May 19, 2026.  (Docket No. 11).  In light of the filing of the Application, the Clerk is directed to reopen this matter as the same was closed on May 6, 2026.

Respondents are ORDERED to file a Response to the Application within 3 days of this Order.  Petitioner may file a Reply within 2 days of receipt of Respondents' Response.

In order to preserve the Court's jurisdiction pending a ruling in the Application, however, IT IS ORDERED that Petitioner shall not be removed from the Central District of California pending resolution of the Application, or unless otherwise ordered by the Court.  See U.S. v. United Mine Workers of Am., 330 U.S. 258, 293 (1947) (concluding the district court "had the power to preserve existing conditions while it was determining its own authority to grant injunctive relief"); Cal. Energy Comm'n v. Johnson, 767 F.2d 631, 634 (9th Cir. 1985) ("The All Writs Act, 28 U.S.C. § 1651(a), empowers the federal courts to issue writs of mandamus necessary to protect their prospective jurisdiction.").

**IT IS SO ORDERED**.

MINUTES FORM 11                              Initials of Deputy Clerk  RAM
CIVIL-GEN